# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————

No. 17-40387

————

United States Court of Appeals
Fifth Circuit

**FILED**
September 13, 2018

Lyle W. Cayce
Clerk

ERICK LAWSON,

      Plaintiff–Appellant

v.

WILLIAM STEPHENS, Individually and in his/her official capacity;
MADELINE ORTIZ, Individually and in his/her official capacity,

      Defendants–Appellees

————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:16-CV-104

————

Before JOLLY, ELROD, and WILLETT, Circuit Judges.

PER CURIAM:*

Since the district court has granted Lawson's motion for reconsideration, which it construed as a motion to alter or amend a judgment pursuant to Federal Rule of Civil Procedure 59(e), the appeal is moot. Thus, we REMAND the case in full for further proceedings.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.